```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>MIGDALIA OTERO STEIDEL | CASE NO. 09-03956 ESL<br>Chapter 13 |
| Debtor(s)<br>SCOTIABANK DE PUERTO RICO | |
| Movant | |
| MIGDALIA OTERO STEIDEL<br>JOSE RAMON CARRION MORALES, CH 13 TRUSTEE | FILED & ENTERED ON 02/01/2011 |
| Respondent(s) | |

## ORDER

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by SCOTIABANK DE PUERTO RICO, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1(e), it is now,

ORDERED that the motion for relief of stay filed by SCOTIABANK DE PUERTO RICO, docket entry #34, be and is hereby granted by default, provided the debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

SO ORDERED.

San Juan, Puerto Rico, this 1st day of February, 2011.

*[signature]*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
   MARILYN VALDES ORTEGA
   JOSE RAMON CARRION MORALES
   SCOTIABANK DE PUERTO RICO
   WALLACE VAZQUEZ SANABRIA